# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> **Plaintiff,** <br><br> vs. <br><br> **THEODORE J. HILFERTY,** <br><br> **Defendant.** | **VIOLATION:** <br> **9712489** <br> **Location Code: M13** <br><br><br> **ORDER** |

Based upon the United States' motion to accept the defendant's payment of a $45 fine and $30 processing fee for violation 9712489 (for a total of $75), and for good cause shown, IT IS ORDERED that the $75 fine paid by the defendant is accepted as a full adjudication of violation 9712489.

IT IS FURTHER ORDERED that the initial appearance scheduled for September 17, 2020, is VACATED.

DATED this 19th day of August, 2020.

_____
John Johnston
United States Magistrate Judge